

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 6/18/2024

The telephonic post-discovery conference scheduled on 7/15/2024 at 1:00 PM is adjourned.  The Court will conduct a telephonic post-discovery conference on 10/17/2024 at 1:00 PM.  The dial-in number is 888-363-4749 and the conference code is 2682448.

June 17, 2024

**BY ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:    <u>Mt. Hawley Ins. Co. v. Pink Donuts, LLC d/b/a Pink Love Donuts and More</u> (Civ. Action No.:  1:23-cv-00708-VSB)

    Our File:    514254

Dear Judge Broderick:

This firm represents plaintiff Mt. Hawley Insurance Company ("Mt. Hawley").  We submit this letter jointly with defendant Pink Donuts, LLC d/b/a Pink Love Donuts and More ("Pink Donuts").

This is an insurance declaratory judgment action related to an underlying bodily injury suit in Florida state court.  A settlement in principle has been reached in the underlying action.  The parties to this action have agreed to file a Rule 41 stipulation of dismissal of this action once the underlying settlement has been completed and executed.

If the Court is amenable, the parties respectfully request a 90-day adjournment of the July 15, 2024 conference in this action in contemplation of the stipulation of dismissal.  The reason the parties request 90 days is that the underlying settlement involves an infant and will therefore require formal approval by the court in that action.  For the same reasons, the parties would respectfully ask for an adjournment instead of an order dismissing the case subject to a 30-day window for leave to move to reopen.

Hon. Vernon S. Broderick, U.S.D.J.
June 17, 2024
Page 2



Pursuant to section 1.G of the Court's Individual Rules & Practices in Civil Cases:

1. The current all-discovery deadline is July 1, 2024, and the next conference is scheduled for July 15 at 1:00 p.m. (Doc. 26).

2. The parties previously applied for extended case management deadlines twice (Doc. 23, 25). This is the first request for an adjournment premised on contemplation of settlement and dismissal.

3. The Court granted the prior requests.

4. This is a joint application.

5. The specific reasons for the application are those set forth above.

We thank the Court for considering this application. We are available to provide the Court with any further information it requests.

Respectfully submitted,

DELAHUNT LAW PLLC

/s/

Timothy E. Delahunt
tdelahunt@delahuntpllc.com


cc (ECF):

Dan D. Kohane, Esq.
Evan D. Gestwick, Esq.
Hurwitz Fine P.C.
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202