

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   03/18/2025

**BY ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

      Re:      Mt. Hawley Ins. Co. v. Pink Donuts, LLC d/b/a Pink Love Donuts and More (Civ. Action No.: 1:23-cv-00708-VSB)

      Our File:      514254

Dear Judge Broderick:

This firm represents plaintiff Mt. Hawley Insurance Company ("Mt. Hawley"). This is an insurance declaratory judgment action related to a recently settled underlying bodily injury suit in Florida state court. The parties to this action have agreed to file a Rule 41 stipulation of dismissal of this action in light of the settlement.

By its January 16, 2025 Order (Doc. 32), the Court granted the parties' request to additionally adjourn the post-discovery conference in this action in light of the then still pending settlement. The parties are in the process of finalizing an additional settlement agreement, and anticipate filing the Rule 41 stipulation within ten days. If the Court approves, the parties will proceed in that fashion with all deadlines adjourned *sine die* in contemplation of the imminent stipulation.

We thank the Court for its prior grants of additional time to enable the parties to resolve the action.

Hon. Vernon S. Broderick, U.S.D.J.
March 17, 2025
Page 2



Respectfully submitted,

DELAHUNT LAW PLLC

Timothy E. Delahunt
tdelahunt@delahuntpllc.com


cc (ECF):

Dan D. Kohane, Esq.
Evan D. Gestwick, Esq.
Hurwitz Fine P.C.
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202